UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

05 MAR 25  PM 2: 10

U.S. DISTRICT COURT
W.D.N.Y. ROCHESTER

JOHN LESSORD, MARY JANE LESSORD,
SHAWN LESSORD AND JILLAYNE LESSORD,

                                        Plaintiffs,

        vs.

GENERAL ELECTRIC COMPANY,
BLACK & DECKER (U.S.) INC.,
KLEEN BRITE LABORATORIES, INC.,
JMT PROPERTIES, INC.,
MINNESOTA MINING AND MANUFACTURING
COMPANY, a/k/a 3M,                              **STIPULATION**
DYNACOLOR CORPORATION, and
AGRILINK FOODS, INC.,                           Civil Action No.01-CV-6103L(F)

                                        Defendants.

_____

        IT IS HEREBY STIPULATED, by and between the undersigned, that plaintiffs and

defendants Kleen Brite Laboratories, Inc. and JMT Properties, Inc. stipulate to entry of a Judgment

in the amount of $20,000 against defendants Kleen Brite Laboratories, Inc. and JMT Properties, Inc

in full satisfaction of all claims brought against them by plaintiffs in this action, and that the Clerk

be directed to enter judgment in that amount.  Plaintiffs withdraw their Motion for a Default

Judgment.

                                        s/Alan J. Knauf
                                        **KNAUF SHAW LLP**
                                        Attorneys for Plaintiffs
                                        Alan J. Knauf, Esq., of Counsel
                                        1125 Crossroads Building
                                        2 State Street
                                        Rochester, New York 14614
                                        Tel: (585) 546-8430

s/Ellen J. Coyne

**ELLEN J. COYNE, ESQ.**
Attorney for Defendants Kleen Brite
Laboratories, Inc. and JMT Properties, Inc.
50 Methodist Hill Drive, Suite 15000
Tel: 585-359-3555
Fax: 585-486-1973

SO ORDERED:

Dated: March 24 , 2005

**HONORABLE DAVID G. LARIMER**
United States District Judge

2