AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

JOHN LESSORD; MARY JANE LESSORD;
SHAWN LESSORD AND JILLAYNE LESSORD,

      Plaintiff(s),

      v.                        **JUDGMENT IN A CIVIL CASE**

KLEEN BRITE LABORATORIES, INC. AND
JMT PROPERTIES, INC.,

      Defendant(s).

      **CASE NUMBER: 01-CV-6103L**

☐ **JURY VERDICT.** THIS ACTION CAME BEFORE THE COURT FOR A TRIAL BY JURY. THE ISSUES HAVE BEEN TRIED AND THE JURY HAS RENDERED ITS VERDICT.

☒ **DECISION BY COURT.** THIS ACTION CAME TO HEARING BEFORE THE COURT. THE ISSUES HAVE BEEN HEARD AND A DECISION HAS BEEN RENDERED.

IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFFS IN THE AMOUNT OF $20,000.00 AGAINST DEFENDANTS KLEEN BRITE LABORATORIES AND JMT PROPERTIES.

MARCH 28, 2005
DATE

RODNEY C. EARLY
CLERK

S/TRICIA M. OFRAY

TRICIA M. O'FRAY
(BY) DEPUTY CLERK